UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

Luis Ortega, Alba Cuevas, Ana Gregorio,
Evelyn Lugo, George Lugo, Edwin Avellanet,
and Crystal Cruz, by her mother and natural guardian
Alba Cuevas,

                                              Plaintiffs,

-against-

CITY OF NEW YORK, CHARLES DROBNESS,
Individually, RALPH CONDE, Individually, THOMAS
NIGRO, Individually, MARY GILLESPIE, Individually,
YURIY CHUYKO, Individually, THOMAS KAMPER,
Individually, EFRAIN HERNANDEZ, Individually, JOHNNY
CASTILLO, Individually, JASON GREENBERG,
Individually, JOHN YEN, Individually, JOSEPH PERFETTO,
Individually, KENNETH GREENE, Individually, RICHARD
GUERRIERI, and JOHN and JANE DOE 1 through10,
Individually, (the names John and Jane Doe being fictitious, as
the true names are presently unknown),

                                              Defendant.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV6646 (FB) (PK)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 21, 2017

| | |
|---|---|
| **KLEIN CIVIL RIGHTS** <br> *Attorneys for Plaintiffs* <br> 305 Broadway #600 <br> New York, NY 10007 <br> (212) 335-0132 | **ZACHARY W. CARTER** <br> Corporation Counsel of the <br>   City of New York <br> *Attorney for Defendants City of New York, Conde, Nigro, Gillespie, Drobnesss, Chuyko, Kamper, Hernandez, Castillo, Greenberg, Yen, Perfetto, Guerrieri, and Greene* <br> 100 Church Street, 3rd Floor <br> New York, New York 10007 |

By: _____
    Brett Klein
    *Attorney for Plaintiffs*

By: March 9, 2017 _____
    Linda Mindrutiu
    *Senior Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017